JOHN McMANUS

v.

THE COMMISSIONERS OF HIGHWAYS, etc.

JURISDICTION—VALIDITY OF STATUTE.—The question in this case involving the validity of a statute, this court has no jurisdiction of the appeal.

APPEAL from the Circuit Court of Marshall county; the Hon. N. M. LAWS, Judge, presiding. Opinion filed February 11, 1882.

Messrs. BARNES & MUIR, for appellant.

Mr. FRED. S. POTTER, for appellees.

PER CURIAM. The question arises in this case, whether section 80 of the road and bridge law of 1874 is constitutional. Appellant made the point in the court below and insists upon it here, that under section 13 of the Bill of Rights, before his land can be condemned for public use, his damages must be assessed by a jury of twelve men, and the statute providing for a jury of six only, such statute is involved.

The record shows that his damages were assessed under the statute, by a statutory jury, the appellant not being present. We see no way of deciding the questions raised upon this record without passing upon the validity of this statute under the Constitution.

This we have no jurisdiction to do, under the statute regulating appeals to this court.

The appeal must therefore be dismissed.

Appeal dismissed.